DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MANDINGO BOOBYYAA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3133

_____

February 18, 2026

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

Affirmed.

LaROSE, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.